Case 3:21-cv-06075-MAS-LHG   Document 11   Filed 08/27/21   Page 1 of 2 PageID: 39

Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Attorney of Record: Jacob U. Ginsburg
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LLESENIA GUERRERO**, | ) |
| | ) **Case No.: 3:21-cv-06075 MAS-LHG** |
| Plaintiff, | ) |
| | ) |
| v. | ) Magistrate Judge Lois H. Goodman |
| | ) |
| **SYNCHRONY BANK**, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: August 27, 2021         By: */s/ Jacob U. Ginsburg*
                                                   Jacob U. Ginsburg, Esquire
                                                   Kimmel & Silverman, P.C.
                                                   30 E. Butler Pike
                                                   Ambler, PA 19002
                                                   Phone: (215) 540-8888
                                                   Fax: (877) 788-2864
                                                   Email: jginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Paul A. Gibson III
Reedsmith LLP
Riverfront Plaza - West Tower
901 E Byrd Street
Suite 1900
804-344-3464
pgibson@reedsmith.com

Timothy M. Relich
Reedsmith LLP
20 Stanwix Street
Suite 1200
Pittsburgh PA 15222
412-288-5742
trelich@reedsmith.com

Greyson K. VanDyke
ReedSmith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540
609-987-0050
gvandyke@reedsmith.com

Dated: August 27, 2021            By: */s/ Jacob U. Ginsburg*
                                    Jacob U.. Ginsburg, Esquire
                                    Kimmel & Silverman, P.C.
                                    30 E. Butler Pike
                                    Ambler, PA 19002
                                    Phone: (215) 540-8888
                                    Fax: (877) 788-2864
                                    Email: jginsburg@creditlaw.com